**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 19-cv-61698-BLOOM/Valle**

AFILY8 GOVERNMENT SOLUTIONS LLC,
*Jean Frantz Guillaume*,

    Plaintiff,

v.

UNITED STATES GOVERNMENT,
*Office of Hearings and Appeals, SBA*,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Referral to Volunteer Attorney Program, ECF No. [9], filed on July 25, 2019. As has become evident from the Court's review of the record, Jean Frantz Guillaume is attempting to assert the claims in this case on behalf of Afily8 Government Solutions, LLC ("Plaintiff"), an entity of which he is the CEO and agent. The Court previously entered an Order Providing Instructions to *Pro Se* Litigant, ECF No. [4], in which the Court advised Plaintiff that, to the extent that the claims in the Complaint are asserted on behalf of an entity, Plaintiff must retain counsel. Indeed, "[t]he rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted). Furthermore, "[t]he general rule applies even where the person seeking to represent the corporation is its president and major stockholder." *Id.* As such, an individual may not assert claims *pro se* on behalf of a corporation. *See id.*

Here, Plaintiff is not represented by counsel, and Mr. Guillaume may not assert corporate claims on Plaintiff's behalf. Accordingly, the Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**, and any pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **REFUND** Plaintiff's filing fee, and to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 29, 2019.

_____
**BETH BLOOM
UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Afily8 Government Solutions LLC
5371 NW 32nd Court
Margate, FL 33063
jfrantz@wesendfast.com